ACCEPTED
02-15-00268-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
9/3/2015 12:01:06 PM
DEBRA SPISAK
CLERK



**POLSINELLI**

2950 N. Harwood Street, Ste. 2100, Dallas, TX, 75201 • 214.397.0030

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
9/3/2015 12:01:06 PM
DEBRA SPISAK
Clerk

September 3, 2015

Andrew M. Johnson
(214) 661-5507 Direct
(214) 397-0033 Facsimile
amjohnson@polsinelli.com

**VIA E-FILE**

Court of Appeals
Second District of Texas
ATTN: Court Clerk
401 W. Belknap, Suite 9000
Fort Worth, Texas 76196

      **Re:**    **Court of Appeals Number 02-15-00268-CV; Molly Bellefeuille, DVM v. Equine Sports Medicine & Surgery, Weatherford Division, PLLC; Trial Court Case No. CV15-0775**

Dear Clerk:

Appellee Equine Sports Medicine & Surgery, Weatherford Division, PLLC requests a copy of the Clerks Record entered on August 26, 2015 and a copy of the Reporter/Recorders Record entered on September 1, 2015.

Once the copies are ready, please contact me at (214) 661-5507 or amjohnson@polsinelli.com or my assistant, Maurin Phillips, at (214) 661-5520 or mlphillips@polsinelli.com.

Sincerely,

Andrew M. Johnson

AMJ:mlp

polsinelli.com

Atlanta   Chicago   Dallas   Denver   Kansas City   Los Angeles   Nashville   New York   Phoenix   San Francisco
St. Louis   Washington, DC   Wilmington
Polsinelli PC, Polsinelli LLP in California

51203228.1